# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

139462 & (77)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JOHN RUSSELL MORRISON and KATHY
SUE MORRISON,
          Plaintiffs-Appellants,

v

JOHN CARLO, INC.,
          Defendant-Appellee.

SC: 139462
COA: 282956
Macomb CC: 2006-000091-NI

_____/

      On order of the Court, the application for leave to appeal the April 16, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to dismiss is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

_____
Clerk

s0322